ANDRÉ BIROTTE JR.
United States Attorney
ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Office
JERRY A. BEHNKE (Cal. Bar No. 180462)
Assistant United States Attorney
Deputy Chief, Riverside Office
JOSEPH B. WIDMAN (Cal. Bar No. 256189)
Assistant United States Attorney
    3880 Lemon Street, Suite 210
    Riverside, California 92501
    Telephone: (951) 276-6211/6945
    Facsimile: (951) 276-6202
    Email:    Jerry.Behnke@usdoj.gov
              Joseph.Widman@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

**JS - 6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JAMES ERWIN, | ) No. CV 11-08403-SJO (OPx) |
|---|---|
| Movant, | ) |
| | ) <u>ORDER RE: RESOLUTION OF JAMES</u> |
| v. | ) <u>ERWIN'S MOTION FOR RETURN OF</u> |
| | ) <u>PROPERTY PURSUANT TO FEDERAL RULE</u> |
| UNITED STATES OF AMERICA, | ) <u>OF CRIMINAL PROCEDURE 41(g)</u> |
| | ) |
| Respondent. | ) |

FOR GOOD CAUSE SHOWN, and pursuant to the stipulation by and between Respondent UNITED STATES OF AMERICA, through its counsel of record, Assistant United States Attorneys Jerry A. Behnke and Joseph B. Widman, and Movant James Erwin ("Movant"), through his counsel of record, Steven L. Harmon, Esq. and Rajan Maline, Esq., IT IS HEREBY ORDERED as follows:

    1.    No later than 5:00 p.m. on January 24, 2012, the government shall return to Movant all materials seized from the premises located at 7900 Via Obra Court, Highland, California on September 15, 2011. The government is permitted to retain copies

of all such materials, including, but not limited to, imaged copies of seized digital devices.

2. Movant's Motion for the Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), which was filed on October 10, 2011 (Docket No. 1), is hereby withdrawn by Movant, effectively immediately upon the Court's issuance of this Order. The government is not obligated to submit information pursuant to the Court's Order of November 18, 2011. (Docket No. 19.)

Dated: 11/28/11_____      _____
                             THE HONORABLE S. JAMES OTERO
                             United States District Judge